# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2322
Lower Tribunal No. 2023-DR-033015

_____

SOCORRO BAZAN CANDELARIO,

Appellant,

v.

SHAUN ERIK TAYLOR,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Cynthia Pivacek, Carolyn D. Swift, and Elisabeth Adams, Judges.

January 9, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


Socorro Bazan Candelario, North Fort Myers, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED